IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMY GEARHART, *Individually And as Administratrix of the Estate of EDGAR A. GEARHART, Deceased*<br><br>Plaintiff<br><br>v.<br><br>PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants | CIVIL NO. 3:22-CV-1334<br><br>Chief Magistrate Judge Saporito |



## ORDER

AND NOW, this 6th day of May, 2024, the Court having approved an unopposed motion for settlement (Docs. 88 and 89), **IT IS HEREBY ORDERED THAT** this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if the

settlement is not consummated. The Clerk of Court shall note the docket of this action accordingly.

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
**Chief United States Magistrate Judge**